NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRUCE A. ROGERS,**
*Plaintiff-Appellant,*

v.

**TRISTAR PRODUCTS, INC.,**
*Defendant-Appellee,*

AND

**UNITED STATES,**
*Defendant-Cross-Appellant.*

---

2011-1494, -1495

---

Appeals from the United States District Court for the Eastern District of Pennsylvania in case no. 11-CV-1111, Judge Eduardo C. Robreno.

---

## ON MOTION

---

## ORDER

Upon consideration of Bruce A. Rogers's motion for panel reconsideration,

IT IS ORDERED THAT:

TriStar Products, Inc. and the United States are directed to respond to Rogers's arguments regarding the constitutionality of applying 35 U.S.C. § 292 as amended by the Leahy-Smith America Invents Act to this case within 30 days from the date of filing of this order.

FOR THE COURT

FEB 15 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Edward T. Kang, Esq.
    Edward P. Bakos, Esq.
    Douglas N. Letter, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 15 2012

JAN HORBALY
CLERK